1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11    DARREN GILBERT, | No.  1:22-cv-00574-ADA-SKO |
| 12          Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DECLINING SUPPLEMENTAL JURISDICTION OVER STATE LAW CLAIMS |
| 13       v. | |
| 14    MUSTAFA KAID ALI MANE dba Airport Grocery, | (ECF No. 15) |
| 15          Defendant. | |
| 16 | |

17        Plaintiff Darren Gilbert ("Plaintiff") initiated this action on May 12, 2022, asserting a claim

18   for injunctive relief arising out of an alleged violation of the federal Americans with Disabilities

19   Act ("ADA") and a claim for damages pursuant to California's Unruh Act.  (ECF No. 1.)  The

20   matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

21   Local Rule 302.

22        Following an order to show cause, (ECF No. 13), on April 14, 2023, the assigned Magistrate

23   Judge issued findings and recommendations, recommending that the Court decline to exercise

24   supplemental jurisdiction over Plaintiff's state law claims and that those claims be dismissed,

25   without prejudice, pursuant to 28 U.S.C. § 1367(c)(4).  (ECF No. 15.)  The findings and

26   recommendations were served on Plaintiff and contained notice that any objections thereto were to

27   be filed within fourteen days after service.  (*Id*. at 7.)  No objections have been filed, and the time

28   ///

1

1   in which to do so has passed.

2       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c), this Court has conducted a

3   *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the

4   findings and recommendations are supported by the record and proper analysis.

5       Accordingly,

6   1.   The findings and recommendations issued on April 14, 2023, (ECF No. 15), are

7        ADOPTED in full;

8   2.   Pursuant to 28 U.S.C. § 1367(c)(4) and *Vo v. Choi*, 49 F.4th 1167 (9th Cir. 2022),

9        the Court declines to exercise supplemental jurisdiction over Plaintiff's Unruh Act

10       claim and Plaintiff's Cal. Health & Safety Code §§ 19955 and 19959 claims;

11  3.   Plaintiff's Unruh Act and Cal. Health & Safety Code §§ 19955 and 19959 claims

12       are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1367(c)(4); and

13  4.   This matter is referred back to the assigned Magistrate Judge for further

14       proceedings.

IT IS SO ORDERED.

Dated:   June 6, 2023

_____

UNITED STATES DISTRICT JUDGE

2