...

Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  service@moorelawfirm.com

Attorney for Plaintiff
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MUSTAFA KAID ALI MANE individually and dba AIRPORT GROCERY;<br><br>　　　　Defendant. | Case No. 1:22-cv-00574-ADA-SKO<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>Date: October 25, 2023<br>Time: 9:30 a.m.<br>Courtroom: 7 (6th Floor)<br>Magistrate Judge Sheila K. Oberto |

**PLEASE TAKE NOTICE THAT** on October 25, 2023 at 9:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 7 of Magistrate Judge Sheila K. Oberto, located at the Robert E. Coyle United States Courthouse, 2500 Tulare Street in Fresno, California, Plaintiff, Darren Gilbert ("Plaintiff"), by and through his attorney of record, Tanya E. Moore of the Moore Law Firm, P.C., will move the Court for a default judgment against Defendant Mustafa Kaid Ali Mane individually and dba Airport Grocery ("Defendant"). The clerk previously entered the default of Defendant on June 13, 2022 (Dkt. 8).

At the time and place of hearing, Plaintiff will present proof of the following matters:

1. On May 12, 2022, Plaintiff filed his Complaint against Defendant;
2. Defendant has not appeared in this action;

3. Defendant is not a minor, incompetent person, or person in the military service, or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940;

4. Plaintiff is entitled to judgment against Defendant on account of the claims pleaded in the Complaint, to wit: Defendant violated Plaintiff's civil rights pursuant to Title III of the Americans with Disabilities Act of 1990 (42 U.S.C. §§ 12181-12189) in that Defendant's public accommodation posed architectural barriers that interfered with Plaintiff's ability to use and enjoy the goods, services, privileges, and accommodations offered at the facility, and Plaintiff is entitled to an injunction requiring Defendant to remove said architectural barriers;

5. Plaintiff is entitled to recover his reasonable attorney's fees and costs in the amount of $2,865.08, plus additional attorneys' fees as a result of Plaintiff's appearance at this hearing (if any is required), which additional amount will be offered at the hearing once the appropriate amount is ascertained.

This application is based upon this Notice; the Memorandum of Points and Authorities; the Declarations of Attorney Tanya E. Moore, Paralegal Whitney Law, and Paralegal Isaac Medrano, the pleadings, files and records on file in this matter; and on such other information as may be presented at the hearing on this motion.

Dated: September 5, 2023                                    MOORE LAW FIRM, P.C.

                                                                                    /s/ Tanya E. Moore
                                                                                    Tanya E. Moore
                                                                                    Attorney for Plaintiff,
                                                                                    Darren Gilbert