UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>v.<br><br>MUSTAFA KAID ALI MANE individually and dba AIRPORT GROCERY,<br><br>    Defendant. | No. 1:22-cv-0574-TLN-AC<br><br>**ORDER** |

This case is before the Court on Plaintiff's motion for default judgment (ECF No. 20), which was referred to the undersigned pursuant to E.D. Cal. R. 302(c)(19).

On November 30, 2023, the magistrate judge filed findings and recommendations, which were served on Defendant, and which contained notice to Defendant that any objections to the findings and recommendations were to be filed within 21 days. (ECF No. 28.) The time to file objections has passed, and Plaintiff has not filed any objections.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 30, 2023 (ECF No. 28) are ADOPTED IN FULL; and
2. Plaintiff's September 5, 2023 motion for default judgment (ECF No. 20) is GRANTED;
3. The Court ORDERS Defendant, within six (6) months of the date of this Order, to make the property known as known as Airport Grocery and Liquor, located at 2733 Lander Avenue in Turlock, California, accessible to Plaintiff by making the following modifications, such that each item is brought into compliance with the accessibility requirements of the Americans with Disabilities Act and California Code of Regulations, Title 24, as follows:
    a) Provide a properly configured and identified accessible parking stall with adjacent access aisle.
    b) Provide a properly configured accessible route of travel from the designated accessible parking to the Facility entrance.
4. The Court AWARDS Plaintiff his attorney's fees and costs in the amount of $2,865.08 payable by Defendant to the Moore Law Firm, P.C. Trust Account and which shall be delivered to the Moore Law Firm, P.C., 300 South First Street, Suite 342, San Jose, California 95113, within thirty (30) days of the date of this Order; and
5. The Clerk of Court is directed to close this case.

Date: January 10, 2024

Troy L. Nunley
United States District Judge