## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                 **JUDGMENT IN A CIVIL CASE**

**DARREN GILBERT,**

                                                 CASE NO: **1:22−CV−00574−TLN−AC**

            v.

**MUSTAFA KAID ALI MANE,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 01/10/2024**

                                                 **Keith Holland**
                                                 Clerk of Court

ENTERED: **January 12, 2024**

                                             by: /s/ K. Lopez
                                                      Deputy Clerk